UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

        Plaintiff,

v.

DEA HEE LEE,

        Defendant.

CASE NO. 08-64(PGS)

**CONSENT ORDER MODIFYING TERMS OF BAIL**

---

**THIS MATTER** having been opened to the Court by Joshua P. Cohn, counsel for Dea Hee Lee, on notice to, and with the consent of the United States (Assistant United States Attorney Bradley A. Harsch, appearing on behalf of Christopher Christie, United States Attorney for the District of New Jersey) and the United States Pretrial Services Office (Pretrial Services Officer Stephanie Ferruggia) appearing on behalf of the United States Pretrial Services Office for the District of New Jersey); and for good cause being shown for the making and entry of this Order;

**IT IS** on this 20th day of June, 2008

**HEREBY ORDERED** as follows:

1. Defendant's bail in this matter shall be modified such that the $250,000 cash bond ordered by this Court on January 18, 2008 is hereby eliminated such that defendant's bail shall be an unsecured personal recognizance bond only.

2. The Clerk's Office for the District of New Jersey is hereby directed to amend its records to reflect this bail modification such that the prior cash bail no longer shows up as a lien against this defendant.

3. All other conditions of defendant's bail as ordered on January 18, 2008 shall remain in full force and effect.

4. A copy of this Order shall be served on defense counsel, the United States Attorney's Office and the Pretrial Services Office as soon as reasonably practicable.

_____
HON. PETER G. SHERIDAN,
UNITED STATES DISTRICT JUDGE

The undersigned hereby consents
to the form and entry of the
within order.

_____
BRADLEY A. HARSCH, AUSA
United States Attorney's Office
for the District of New Jersey

2