# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 PLAZA WEST-ONE · SADDLE BROOK, N.J. 07663 · 201-845-9600 · TELECOPIER 201-845-9423

General E-mail : clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

**VIA FACSIMILE**

November 19, 2008

**VIA FACSIMILE ONLY**
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
 - District of New Jersey
Martin Luther King, Jr., Federal Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101-0999

Att'n: Dolores Hicks

         Re:  United States v. Dea Hee Lee
              Crim. No. 08-64
              Our File: 36,629-0

Dear Judge Sheridan:

    Pursuant to my telephone conversation of November 19, 2008 with Your Honor's Court Deputy Clerk, Dolores Hicks, I have requested an adjournment of the sentencing hearing in this matter which is scheduled for December 9, 2008 at 11:00 a.m. Dolores indicated that December 11, 2008 at 12:00 p.m. may be available. If possible, may we adjourn this matter to that time?

    I thank the Court for its continued courtesies in this matter.

Respectfully,

Joshua P. Cohn

JPC.cr
cc: AUSA Bradley Harsch (via facsimile)
    Mr. Dea H. Lee (via regular mail)

SO ORDERED: [signature] Peter Sheridan
DATED: 11/20/08

Sentencing 12/11/08 at 12:00 p.m.