**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

May 20, 2010

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

The Honorable Judge Peter G. Sheridan
Clarkson S. Fischer Federal Building and Courthouse
402 E. State Street
Trenton, New Jersey 08608

RE:   United States vs. Dea Hee Lee
Cr. No. 08-64
**Request for Termination of Supervision with Outstanding Financial Obligation**

Dear Judge Sheridan:

On January 5, 2009, the above-mentioned offender appeared before Your Honor for sentencing upon being convicted of Conspiracy to Commit Bank fraud in violation of 18 U.S.C. 371. Mr. Lee was sentenced to four months imprisonment followed by one year supervised release. While on probation, he was ordered to comply with the following special conditions: full financial disclosure, no new credit, DNA collection, and $148,179.85 in restitution to be paid at a rate of no less than $300 per month.

The offender's term of supervised release is due to expire on June 6, 2010. However, the offender maintains a restitution balance of $145,154.85, which will not be paid before the expiration of his supervision term. However, the offender has attempted to make payments to the best of his ability toward his financial obligations and has been in compliance with the conditions of supervision.

Unless Your Honor orders otherwise, this officer recommends the supervision be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, United States Code, Section 3664(o). The Financial Litigation Unit of the United States Attorneys Office for the District of New Jersey will be notified of the expiration of Lee's term of supervised release along with pertinent information to assist them should they pursue collection of restitution. Should Your Honor request an alternative course of action, please advise.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Erika M. Arnone
U.S. Probation Officer

*[Handwritten note: So Ordered. Defendant is released from supervision of probation office. Peter Sheridan 5/26/10]*

/ema